**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **8TH ST. VENTURE HOLDINGS, LLC,** | ) | **20-00188-ELG** |
| | ) | **CHAPTER 7** |
| DEBTOR. | ) | |
| IN RE: | ) | |
| | ) | |
| **NEW JERSEY HOLDINGS, LLC,** | ) | **20-00189-ELG** |
| | ) | **CHAPTER 7** |
| DEBTOR. | ) | |
| IN RE: | ) | |
| | ) | |
| **SUMMER HOLDINGS, LLC,** | ) | **20-00190-ELG** |
| | ) | **CHAPTER 7** |
| DEBTOR. | ) | |
| IN RE: | ) | |
| | ) | |
| **VIRGINIA ILLINOIS VENTURES, LLC,** | ) | **20-00191-ELG** |
| | ) | **CHAPTER 7** |
| DEBTOR. | ) | |
| IN RE: | ) | |
| | ) | |
| **VERMONT 1509 HOLDINGS, LLC,** | ) | **20-00192-ELG** |
| | ) | **CHAPTER 7** |
| DEBTOR. | ) | |

**VERIFIED STATEMENT OF ATTORNEYS TO BE EMPLOYED AS COUNSEL**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE

Justin P. Fasano and the law firm of McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. ("McNamee Hosea"), as proposed counsel for Wendell W. Webster, the Chapter 7 Trustee

in the above-captioned case, and pursuant to Fed. R. Bankr. P. 2014(a), respectfully represent as follows:

1.      McNamee Hosea has made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases, and believes that neither Janet M. Nesse, Justin Fasano nor McNamee Hosea has any disqualifying conflicts of interest.

2.      McNamee Hosea has no connection with the Debtors, known creditors[1], any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as follows:

    A. McNamee Hosea has represented the Trustee in his capacity as trustee on other unrelated cases.  Janet M. Nesse is a Chapter 7 trustee in Maryland and subject to the supervision of the Office of the United States Trustee.

I, Justin P. Fasano, a principal at McNamee Hosea, P.A. declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  September 30, 2021                          Respectfully submitted,

                                                        /s/ Justin P. Fasano
                                                        Justin P. Fasano

---

[1] The Debtor has not filed schedules listing its creditors.  The Petitioning Creditor is aware of certain creditors of the Debtor, and McNamee Hosea has checked for connections with those creditors.  To the extent further creditors become know which have connections with McNamee Hosea, McNamee Hosea, will file a supplemental disclosure.