**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) ) ) | |
| **8TH ST. VENTURE HOLDINGS, LLC,** | ) ) | **20-00188-ELG** |
| DEBTOR. | ) ) | **CHAPTER 7** |
| IN RE: | ) ) ) | |
| **NEW JERSEY HOLDINGS, LLC,** | ) ) | **20-00189-ELG** |
| DEBTOR. | ) ) | **CHAPTER 7** |
| IN RE: | ) ) ) | |
| **SUMMER HOLDINGS, LLC,** | ) ) | **20-00190-ELG** |
| DEBTOR. | ) ) | **CHAPTER 7** |
| IN RE: | ) ) ) | |
| **VIRGINIA ILLINOIS VENTURES, LLC,** | )   ) | **20-00191-ELG** |
| DEBTOR. | ) ) | **CHAPTER 7** |
| IN RE: | ) ) ) | |
| **VERMONT 1509 HOLDINGS, LLC,** | ) ) | **20-00192-ELG** |
| DEBTOR. | ) ) ) | **CHAPTER 7** |

**NOTICE OF OPPORTUNITY TO OBJECT TO
<u>APPLICATION TO AUTHORIZE RETENTION OF COUNSEL</u>**

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estates of 8th St.

Venture Holdings, LLC; New Jersey Holdings, LLC; Summer Holdings, LLC; Virginia Illinois

Ventures, LLC; Vermont 1509 Holdings, LLC (collectively, "Debtors" and each a "Debtor"), by and through his undersigned attorneys, McNamee Hosea, P.A., has filed an *Application to Authorize the Retention of Counsel* (the "Application"). The Application seeks authority for the Trustee to engage McNamee Hosea, P.A. as general counsel to provide representation in connection with certain matters in this proceeding, including preparation of pleadings, and making necessary court appearances on the Trustee's Behalf, to pursue the sale of certain assets and potential Chapter 5 and other causes of action and for such other matters as the Trustee shall direct and counsel shall agree.

PLEASE TAKE NOTICE THAT BY **OCTOBER 14, 2021,** WHICH IS AT LEAST 14 DAYS AFTER THE DATE OF THE APPLICATION, you must file and serve a written objection to the Application, together with any proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADEQUATE GROUNDS FOR DENIAL, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the MOTION without a hearing if the objection filed states inadequate grounds for denial.

[signatures on next page]

Dated:  September 30, 2021               Respectfully submitted

                                         /s/ Justin P. Fasano
                                         Janet M. Nesse (D.C. Bar 358514)
                                         Justin P. Fasano (DC Bar MD21201)
                                         McNamee Hosea
                                         6411 Ivy Lane, Suite 200
                                         Greenbelt, MD 20770
                                         (301) 441-2420
                                         jnesse@mhlawyers.com
                                         jfasano@mhlawyers.com
                                         *Proposed Counsel to the Trustee*

## CERTIFICATE OF SERVICE

   I hereby certify that on September 30, 2021, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

8th St. Venture Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

New Jersey Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Summer Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Virginia Illinois Ventures, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Vermont 1509 Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

/s/ Justin P. Fasano
Justin P. Fasano