**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **8TH ST. VENTURE HOLDINGS, LLC,** | ) | **20-00188-ELG** |
| | ) | **CHAPTER 7** |
|     **DEBTOR.** | ) | |
| | ) | |
| **IN RE:** | ) | |
| | ) | |
| **NEW JERSEY HOLDINGS, LLC,** | ) | **20-00189-ELG** |
| | ) | **CHAPTER 7** |
|     **DEBTOR.** | ) | |
| | ) | |
| **IN RE:** | ) | |
| | ) | |
| **SUMMER HOLDINGS, LLC,** | ) | **20-00190-ELG** |
| | ) | **CHAPTER 7** |
|     **DEBTOR.** | ) | |
| | ) | |
| **IN RE:** | ) | |
| | ) | |
| **VIRGINIA ILLINOIS VENTURES, LLC,** | ) | **20-00191-ELG** |
| | ) | **CHAPTER 7** |
|     **DEBTOR.** | ) | |
| | ) | |
| **IN RE:** | ) | |
| | ) | |
| **VERMONT 1509 HOLDINGS, LLC,** | ) | **20-00192-ELG** |
| | ) | **CHAPTER 7** |
|     **DEBTOR.** | ) | |

**ORDER GRANTING APPLICATION TO AUTHORIZE RETENTION OF COUNSEL**

Upon consideration of the Application to Authorize Retention of the law firm of McNamee Hosea, P.A. (the "Attorneys") as Counsel to the Trustee, the Court being satisfied that the Attorneys represent no interest adverse to the estate, that the Attorneys are disinterested persons, and that such employment is necessary and is in the best interests of the estate, it is hereby

**ORDERED** pursuant to 11 U.S.C. § 327(a), that Wendell W. Webster, the Trustee ("Trustee") of the above-captioned Chapter 7 bankruptcy estate is, authorized to employ the Attorneys as counsel for the purposes identified in the Trustee's Application effective as of September 30, 2021; and it is

**FURTHER ORDERED,** that the compensation of the Attorneys shall be subject to further order of this Court, after notice and an opportunity for a hearing.

Copies of this Order to:

Justin P. Fasano
jfasano@mhlawyers.com

Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

8th St. Venture Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

New Jersey Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Summer Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Virginia Illinois Ventures, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Vermont 1509 Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

**END OF ORDER**

<u>I ASK FOR THIS</u>

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Proposed Counsel to the Trustee*

UST ENDORSEMENT TO BE ADDED
UPON RECEIPT