# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 8TH ST. VENTURE HOLDINGS, LLC, | ) | 20-00188-ELG |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |
| | | |
| IN RE: | ) | |
| | ) | |
| NEW JERSEY HOLDINGS, LLC, | ) | 20-00189-ELG |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |
| | | |
| IN RE: | ) | |
| | ) | |
| SUMMER HOLDINGS, LLC, | ) | 20-00190-ELG |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |
| | | |
| IN RE: | ) | |
| | ) | |
| VIRGINIA ILLINOIS VENTURES, LLC, | ) | 20-00191-ELG |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |
| | | |
| IN RE: | ) | |
| | ) | |
| VERMONT 1509 HOLDINGS, LLC, | ) | 20-00192-ELG |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

## MOTION FOR TURNOVER OF PROPERTY OF THE ESTATES

COMES NOW Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estates of 8th St. Venture Holdings, LLC; New Jersey Holdings, LLC; Summer Holdings, LLC; Virginia Illinois Ventures, LLC; and Vermont 1509 Holdings, LLC (collectively, "Debtors" and each a "Debtor"), by and through counsel, McNamee Hosea, P.A., and pursuant to 11 U.S.C. § 542(a), submits this *Motion for Turnover of Property of the Estate* ("Motion"). In support of the Motion, the Trustee respectfully represents the following:

1. These cases were commenced on July 16, 2021, when certain creditors filed involuntary petitions for relief under Chapter 7 of the United States Bankruptcy Code. An order for relief was entered in each case on September 21, 2021.

2. Wendell Webster is the Trustee of each Debtor's Chapter 7 estate.

3. The 341 Meeting of Creditors ("341 Meeting") is scheduled for October 28, 2021.

4. 8th St. Venture Holdings, LLC owns the real property located at 1112 8th Street NE, Unit 1, Washington, DC 20002 (the "8th Street Property").

5. New Jersey Holdings, LLC owns the real property located at 1724 New Jersey Avenue NW Units 1-4, Washington, D.C. 20001 (the "New Jersey Property").

6. Summer Holdings, LLC owns the real property located at 1281 Simms Place NE Units 1-4, Washington, DC 20001(the "Summer Property").

7. Virginia Illinois Ventures, LLC owns the real property located at 5519 Illinois Avenue NW, Washington DC (the "Virginia Illinois Property").

8. Vermont 1509 Holdings, LLC owns the real property located at 1509 Vermont Avenue NW, Washington, D.C. 20002 (the "Vermont Property," and collectively with the 8th

2

Street Property, the New Jersey Property, the Summer Property, and the Virginia Illinois Property, the "Properties").

9. The principals of each Debtor are Napoleon Ibiezugbe ("Mr. Ibiezugbe") and Kevin Falkner ("Mr. Falkner").

10. By this Motion, the Trustee is requesting that each Debtor, Mr. Falkner and Mr. Ibiezugbe produce the following items for each of the Properties:

    a.    Keys;

    b.    Alarm codes, if any;

    c.    Garage codes or openers, if any;

    d.    Rents collected; and

    e.    Financial records, including but not limited to lease documents, deeds, and any bank accounts containing funds collected from each Property.

11. The Trustee also requests the authority to change the locks to each Property and any codes in the event that the Trustee determines there are no tenants in the Properties, whether or not Mr. Falkner and Mr. Ibiezugbe turn over the above requested items.

12. The Properties are property of each Debtor's respective estate pursuant to 11 U.S.C. § 541.

13. Pursuant to 11 U.S.C. §542 (a), an entity in possession, custody or control of property that the trustee may use, sell, or lease, shall deliver to the Trustee and account for such property or the value of such property.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

a. Granting the Motion in its entirety;

b. Requiring Mr. Ibiezugbe and Mr. Falkner to turn over to the Trustee any and all keys, alarm codes, garage codes or openers, and similar devices necessary and/or sufficient to obtain access to Properties;

c. Requiring Mr. Ibiezugbe and Mr. Falkner to turn over to the Trustee any and all rents received or to be received by in connection with each Property;

d. Granting the Trustee the authority to change the locks and any alarms in the event that Mr. Ibiezugbe and Mr. Falkner do not cooperate with the Trustee; and

e. Granting such other and further relief as is just and proper.

Dated: October 19, 2021                               Respectfully submitted,

/s/     Justin P. Fasano
Janet M. Nesse, No. 07804
Justin P. Fasano, No. 28659
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for the Chapter 7 Trustee*

4

## CERTIFICATE OF SERVICE

       I hereby certify that on October 19, 2021, a copy of the foregoing Motion for Turnover of Property of the Estates was served via first class mail, postage prepaid (and, where indicated, e-mail), upon the following.

Office of the U.S. Trustee
1725 Duke Street
Alexandria, VA 22314

8th St. Venture Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

New Jersey Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Summer Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Virginia Illinois Ventures, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Vermont 1509 Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Kevin Falkner
3800 Powell Lane, PH 30
Falls Church, VA 22041
kevinfalkner@gmail.com

Napoleon Ibiezugbe
19142 Stream Crossing Ct
Leesburg, VA 20176
Nap012004@yahoo.com

Kevin Falkner
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Napoleon Ibiezugbe
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

/s/ Justin P. Fasano
Justin P. Fasano