## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | |
| **8TH ST. VENTURE HOLDINGS, LLC,** | ) | **20-00188-ELG** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| | ) | |
| **NEW JERSEY HOLDINGS, LLC,** | ) | **20-00189-ELG** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| | ) | |
| **SUMMER HOLDINGS, LLC,** | ) | **20-00190-ELG** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| | ) | |
| **VIRGINIA ILLINOIS VENTURES, LLC,** | ) | **20-00191-ELG** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| | ) | |
| **VERMONT 1509 HOLDINGS, LLC,** | ) | **20-00192-ELG** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |
| | ) | |

## NOTICE OF OPPORTUNITY TO OBJECT TO
## <u>MOTION FOR TURNOVER OF PROPERTY OF THE ESTATES</u>

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estates of 8th St.

Venture Holdings, LLC; New Jersey Holdings, LLC; Summer Holdings, LLC; Virginia Illinois

Ventures, LLC; Vermont 1509 Holdings, LLC (collectively, "Debtors" and each a "Debtor"), by

and through his undersigned attorneys, McNamee Hosea, P.A., has filed a *Motion for Turnover*

*of Property of the Estates* (the "Motion").   The Motion seeks an order compelling Napoleon

Ibiezugbe ("Mr. Ibiezugbe") and Kevin Falkner ("Mr. Falkner") and each Debtor to provide to

the Trustee the keys, alarm codes, garage codes or openers, rents collected, and financial records

for the real properties located at: 1) 1112 8th Street NE, Unit 1, Washington, DC 20002 (the "8th

Street Property"); 2) 1724 New Jersey Avenue NW Units 1-4, Washington, D.C. 20001 (the

"New Jersey Property"); 3) 1281 Simms Place NE Units 1-4, Washington, DC 20001 (the

"Summer Property"); 4) 5519 Illinois Avenue NW, Washington DC (the "Virginia Illinois

Property"); and 5) 1509 Vermont Avenue NW, Washington, D.C. 20002(the "Vermont

Property," and collectively with the 8th Street Property, the New Jersey Property, the Summer

Property, and the Virginia Illinois Property, the "Properties"), and authorizing the Trustee to

change the locks and any alarm or similar access codes to each and all of the Properties within

three business days of the entry of an order granting the Motion provided that the Trustee

confirms that there are no tenants residing or occupying the Properties.

PLEASE TAKE NOTICE THAT BY **NOVEMBER 5, 2021,** WHICH IS AT LEAST 17

DAYS AFTER THE DATE OF THE MOTION, you must file and serve a written objection to

the Motion, together with any proposed order required by Local Bankruptcy Rule 9072-1. The

objection and proposed order must be filed with the Clerk of the Bankruptcy Clerk, U.S.

Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery

or mailing of copy) upon the undersigned. The objection must contain a complete specification

of the factual and legal grounds upon which it is based. You may append legal memorandums,

affidavits and documents in support of your objection. IF YOU FAIL TO FILE A TIMELY

OBJECTION OR STATE INADEQUATE GROUNDS FOR DENIAL, THE MOTION MAY

BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the MOTION

without a hearing if the objection filed states inadequate grounds for denial.

Dated:  October 19, 2021                          Respectfully submitted

                                                  /s/ Justin P. Fasano
                                                  Janet M. Nesse (D.C. Bar 358514)
                                                  Justin P. Fasano (DC Bar MD21201)
                                                  McNamee Hosea
                                                  6411 Ivy Lane, Suite 200
                                                  Greenbelt, MD 20770
                                                  (301) 441-2420
                                                  jnesse@mhlawyers.com
                                                  jfasano@mhlawyers.com
                                                  *Counsel to the Trustee*

### CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I served a copy of the foregoing was served via first class mail, postage prepaid, and where indicated, by e-mail, upon the following:

Office of the U.S. Trustee
1725 Duke Street
Alexandria, VA 22314

Janet M. Nesse
Justin P. Fasano
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770

8th St. Venture Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Kevin Falkner
3800 Powell Lane, PH 30
Falls Church, VA 22041
kevinfalkner@gmail.com

Napoleon Ibiezugbe
19142 Stream Crossing Ct
Leesburg, VA 20176
Nap012004@yahoo.com

Kevin Falkner
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Napoleon Ibiezugbe
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

/s/ Justin P. Fasano
Justin P. Fasano