**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **8TH ST. VENTURE HOLDINGS, LLC,** | ) | **21-00188-ELG** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |
| **IN RE:** | ) | |
| **NEW JERSEY HOLDINGS, LLC,** | ) | **21-00189-ELG** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |
| **IN RE:** | ) | |
| **SUMMER HOLDINGS, LLC,** | ) | **21-00190-ELG** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |
| **IN RE:** | ) | |
| **VIRGINIA ILLINOIS VENTURES, LLC,** | ) | **21-00191-ELG** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |
| **IN RE:** | ) | |
| **VERMONT 1509 HOLDINGS, LLC,** | ) | **21-00192-ELG** |
| | ) | **CHAPTER 7** |
| **DEBTOR.** | ) | |

**ORDER GRANTING MOTION FOR TURNOVER OF PROPERTY OF THE ESTATES**

This matter came before the Court on the *Motion for Turnover of Property of the Estates* (the "Motion"), which was filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the

bankruptcy estates of 8th St. Venture Holdings, LLC; New Jersey Holdings, LLC; Summer Holdings, LLC; Virginia Illinois Ventures, LLC; Vermont 1509 Holdings, LLC (collectively, "Debtors" and each a "Debtor"). Upon consideration of the Motion, along with any opposition filed thereto, and it appearing that the relief requested is warranted, it is hereby:

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is

**FURTHER ORDERED** that within 3 business days of the date of this Order, Napoleon Ibiezugbe ("Mr. Ibiezugbe") and Kevin Falkner ("Mr. Falkner") and each Debtor shall provide to the Trustee the keys, alarm codes, garage codes or openers, rents collected, and financial records for the real properties located at: 1) 1112 8th Street NE, Unit 1, Washington, DC 20002 (the "8th Street Property"); 2) 1724 New Jersey Avenue NW Units 1-4, Washington, D.C. 20001 (the "New Jersey Property"); 3) 1281 Simms Place NE Units 1-4, Washington, DC 20001 (the "Summer Property"); 4) 5519 Illinois Avenue NW, Washington DC (the "Virginia Illinois Property"); and 5) 1509 Vermont Avenue NW, Washington, D.C. 20002(the "Vermont Property," and collectively with the 8th Street Property, the New Jersey Property, the Summer Property, and the Virginia Illinois Property, the "Properties"); and it is

**FURTHER ORDERED** that the Trustee shall have the authority to change the locks and any alarm or similar access codes to each and all of the Properties within three business days of the entry of this Order provided that the Trustee confirms that there are no tenants residing in or occupying the Properties.

**END OF ORDER**

Copies to:

Office of the U.S. Trustee
1725 Duke Street
Alexandria, VA 22314

Janet M. Nesse
Justin P. Fasano
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770

8th St. Venture Holdings, LLC
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Kevin Falkner
3800 Powell Lane, PH 30
Falls Church, VA 22041
kevinfalkner@gmail.com

Napoleon Ibiezugbe
19142 Stream Crossing Ct
Leesburg, VA 20176
Nap012004@yahoo.com

Kevin Falkner
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

Napoleon Ibiezugbe
1425 H Street, N.E.
2nd Floor
Washington, DC 20002

## END OF ORDER

        I ASK FOR THIS

        /s/ Justin P. Fasano
        Janet M. Nesse (D.C. Bar 358514)
        Justin P. Fasano (DC Bar MD21201)
        McNamee Hosea
        6411 Ivy Lane, Suite 200
        Greenbelt, MD 20770
        (301) 441-2420
        jnesse@mhlawyers.com
        jfasano@mhlawyers.com
        *Counsel to the Trustee*