IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| 8TH ST. VENTURE HOLDINGS, LLC, ) | 21-00188-ELG |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

**APPLICATION TO AUTHORIZE RETENTION OF
REALTOR PURSUANT TO 11 U.S.C. § 327**

COMES NOW Wendell Webster, Chapter 7 Trustee ("Trustee") of the estate of 8th St. Venture Holdings, LLC ("Debtor"), by and through counsel, McNamee Hosea, P.A., and as his Application to Authorize Retention of Realtor Pursuant to § 327, respectfully submits the following:

1. This case commenced on July 16, 2021, when certain creditors filed involuntary petitions for relief under Chapter 7 of the United States Bankruptcy Code against the Debtor and four related entities. An order for relief was entered in this case on September 21, 2021.

2. Wendell Webster is the Trustee of the Debtor's Chapter 7 estate.

3. Debtor is a single asset real estate limited liability company organized under the laws of the District of Columbia with a principal place of business located in the District of Columbia.

4. The Debtor owns a 100 percent fee simple interest in a single family residence property located at 1112 8th Street NE, Unit 1, Washington DC 20002 (the "Property"). No

Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

schedules have been filed, but based on conversations with the proposed realtors, the Trustee believes an appropriate listing price to be $689,000.

5.  The Trustee seeks to retain Justin Kitsch and the firm TTR Sotheby's International Realty as real estate broker ("Realtors") for the estate in connection with a potential sale of the Property.

6.  The Trustee has selected the Realtors because of their specialized experience in sales of projects similar to the Property.

7.  The commission to Realtors is 5% of the gross purchase price of any approved sale of the Property, subject to Court approval. The Realtors would split the commission with any agent for a buyer. The commission is discounted from the Realtors' typical commission.

8.  The Realtors seek to have all compensation paid directly from the proceeds of any sale at the closing on such sale.

9.  The professional services rendered by the Realtors include: marketing the Property, meeting with prospective purchasers, drafting sales contracts (subject to approval by this Court), providing advice on the value of the Property, and any other service which may be reasonably necessary to consummate a sale of the Property.

10. To the best of the Trustee's knowledge and after due inquiry by Realtors, the Realtors have no connection with the Debtor, any creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

11. Realtor is licensed in the jurisdiction of DC, Maryland, and Virginia. Realtor has been recognized with numerous sales awards including the Exception Sales Award from TTR Sotheby's International Realty, Washingtonian Magazine's "Best of", and "America's Best Real

Estate Professionals" by Real Trends/The Wall Street Journal. TTR Sotheby's International Realty is regarded as one of the highest-performing real estate firms in the United States. TTR Sotheby's International Realty has a global reach across 940 offices in 70 countries worldwide. This reach provides access to the largest pool of high-net worth prospective buyers in the global marketplace.

12.  Other than as may be stated in the Verified Statement filed herewith, the Realtors represent no interest adverse to the Trustee or the estate in the matters upon which they are to be engaged, and the employment is in the best interests of the estate and creditors generally.

WHEREFORE, Wendell Webster, the chapter 7 Trustee, requests that the Court approve the employment of the Realtors on the terms described above, and grant such other relief as it deems appropriate and proper.

Date: November 24, 2021    Respectfully submitted,

/s/    Justin P. Fasano
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of November, 2021, a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

JUSTIN T. KITSCH
Vice President
Premier Partners
TTR Sotheby's International Realty
1515 14th Street NW
Washington DC 20005

                                                                /s/ Justin P. Fasano
                                                                 Justin P. Fasano