IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| 8TH ST. VENTURE HOLDINGS, LLC, ) | 21-00188-ELG |
| ) | CHAPTER 7 |
| DEBTOR. ) | |
| ) | |

NOTICE OF HEARING AND NOTICE OF OPPORTUNITY
TO OBJECT TO APPLICATION TO AUTHORIZE RETENTION OF
REALTOR PURSUANT TO 11 U.S.C. § 327

Wendell Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of 8th St. Venture Holdings, LLC ("Debtor"), by and through his undersigned attorneys, McNamee Hosea, P.A., has filed an *Application to Authorize the Retention of Realtor Pursuant to 11 U.S.C. § 327* (the "Application"). The Application seeks authority for the Trustee to engage Justin Kitsch and the firm TTR Sotheby's International Realty as realtors in connection with the sale of a single family residence property located at 1112 8th Street NW, Unit 1, Washington DC 20002 (the "Property") with a 5% commission to be paid upon sale of the Property.

PLEASE TAKE NOTE THAT BY **DECEMBER 8, 2021**, WHICH IS AT LEAST 14 DAYS AFTER THE DATE OF THE APPLICATION, you must file and serve a written objection to the Motion, together with any proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington D.C. 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. IF YOU FAIL TO FILE A TIMELY OBJECTION OR STATE INADEQUATE GROUDS FOR DENIAL, THE APPLICATION MAY BE

GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the APPLICATION without a hearing if the objection filed states inadequate grounds for denial.

Date: November 24, 2021                              Respectfully submitted,

/s/     Justin P. Fasano
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, 2021, a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

JUSTIN T. KITSCH
Vice President
Premier Partners
TTR Sotheby's International Realty
1515 14th Street NW
Washington DC 20005

/s/ Justin P. Fasano
Justin P. Fasano