FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| 8TH ST. VENTURE HOLDINGS, LLC, | ) ) | 21-00188-ELG<br>CHAPTER 7 |
| DEBTOR. | ) ) | |

**VERIFIED STATEMENT IN SUPPORT OF
APPLICATION TO AUTHORIZE RETENTION OF
<u>REALTOR PURSUANT TO 11 U.S.C. § 327</u>**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE:

Pursuant to Bankruptcy Rule 2014, TTR Sotheby's International Realty, as proposed realtors for Wendell Webster, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of 8th St. Venture Holdings, LLC ("Debtor"), and by and through Justin Kitsch, a real estate agent with TTR Sotheby's International Realty, respectfully represents as follows:

1. I have made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases and believe that neither I nor TTR Sotheby's International Realty have any disqualifying conflicts of interest.

2. Other than stated herein, neither I nor TTR Sotheby's International Realty have any connection with the Debtor, any creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the offices of the United States Trustee, except that I and TTR Sotheby's International Realty have been engaged by other limited liability companies owned by the Debtor's principal Napoleon Ibiezugbe to sell unrelated properties.

3. I am licensed in the jurisdictions of DC, Maryland, and Virginia. I have also been recognized with numerous sales awards including the Exceptional Sales Award from TTR

Sotheby's International Realty, Washingtonian Magazine's "Best of", and "America's Best Real Estate Professionals" by Real Trend/The Wall Street Journal. TTR Sotheby's International Realty is regarded as one of the highest-performing real estate firms in the United States. TTR Sotheby's International Realty has a global reach across 930 offices in 70 countries worldwide. This reach provides access to the largest pool of high-net worth prospective buyers in the global marketplace.

      I, Justin Kitsch, declare under penalty of perjury that the foregoing is true and correct.

                                                       *Justin Kitsch*    11/24/2021
                                                        Justin Kitsch