**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 8TH ST. VENTURE HOLDINGS, LLC, | ) | 21-00188-ELG |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |
| | ) | |

**<u>ORDER GRANTING APPLICATION TO RETAIN REALTORS FOR THE ESTATE</u>**

This case came before the Court on the application of Wendall Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of 8th St. Venture Holdings. LLC ("Debtor"), to retain Justin Kitsch and TTR Sotheby's International Realty (collectively "Realtors"), as real estate broker for the estate for the purpose of selling real property located at 1112 8th Street NE, Unit 1, Washington DC 20002 (the "Property"). The Court being satisfied that the Realtors represent no interest adverse to the Trustee or the bankruptcy estate, that the Realtors are disinterested persons, and that such employment is necessary and is in the best interest of the estate, it is hereby:

ORDERED, that the Application be, and the same hereby is GRANTED IN ITS ENTIRETY, and it is

FURTHER ORDERED, pursuant to 11 U.S.C. § 327(a), that the Trustee be, and he hereby is, authorized to employ the Realtors as real estate broker for the purposes identified in the Trustee's Application; and it is

FURTHER ORDERED that the Realtors may be paid their commission, calculated as 5% of the gross value of any sale from the proceeds of any sale procured by Realtors to a third party at the closing of that sale after approval of such sale by the Court.

**END OF ORDER**

                                              I ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for the Chapter 7 Trustee*

Copies to:

Justin Kitsch
TTR Sotheby's International Realty
1515 14th St. NW
Washington, DC 20005