**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **8TH ST. VENTURE HOLDINGS, LLC,** | ) | **21-00188-ELG** |
| | ) | **CHAPTER 7** |
| DEBTOR. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| **NEW JERSEY HOLDINGS, LLC,** | ) | **21-00189-ELG** |
| | ) | **CHAPTER 7** |
| DEBTOR. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| **SUMMER HOLDINGS, LLC,** | ) | **21-00190-ELG** |
| | ) | **CHAPTER 7** |
| DEBTOR. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| **VIRGINIA ILLINOIS VENTURES, LLC,** | ) | **21-00191-ELG** |
| | ) | **CHAPTER 7** |
| DEBTOR. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| **VERMONT 1509 HOLDINGS, LLC,** | ) | **21-00192-ELG** |
| | ) | **CHAPTER 7** |
| DEBTOR. | ) | |

**GLOBAL NOTES, METHODOLOGY, AND
SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES
<u>OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS</u>**

### Introduction

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estates of 8th St. Venture Holdings, LLC; New Jersey Holdings, LLC; Summer Holdings, LLC; Virginia Illinois Ventures, LLC; Vermont 1509 Holdings, LLC (collectively, "Debtors" and each a "Debtor"), by and through counsel McNamee Hosea, P.A., with the assistance of his advisors, has filed respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements, and together with the Schedules the "Schedules and Statements") with the United States Bankruptcy Court for the District of Columbia (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007(k) of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Columbia (collectively, the "Bankruptcy Rules"). These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Trustee's reasonable best efforts to report the assets and liabilities of each Debtor based on the information available to him. The Trustee

2

and his agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

The Trustee has signed each of the Schedules and Statements. In reviewing and signing the Schedules and Statements, the Trustee necessarily has relied upon the efforts, statements, and representations of the Debtors. The Trustee has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

**Global Notes and Overview of Methodology**

1. **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Trustee reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any

failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Trustee that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Trustee against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2. **Assets.** The Trustee does not have personal knowledge of the Debtors' assets and has relied upon the Debtors to provide information regarding the same. Failure to schedule an asset Claim does not constitute an admission of liability by the Trustee that the asset does not exist or does not belong the Debtors' estates.

3. Classifications. Listing a Claim on (a) Schedule D as "secured," (b) Schedule E as "priority," (c) Schedule F as "unsecured," or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Trustee of the legal rights of the claimant or a waiver of the Trustee's rights to re-characterize or reclassify such Claim or contract or lease or to setoff of such Claims.

4. Claims Description. Schedules D, E, and F permit the designation of a Claim as "disputed," "contingent," and "unliquidated." Any failure to designate a Claim on a given

Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Trustee that liability for and amount of such Claim is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Trustee reserves all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability, amount or classification. Additionally, the Trustee expressly reserves all rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Trustee.

5. Causes of Action. Despite reasonable efforts to identify all known assets, the Trustee may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Trustee reserves all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes

of Action") the estate may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action, nor may the Schedules and Statements be used in any litigation in these or related to these chapter 7 cases.